1112

No. 73–518.   WILLIS v. UNITED STATES.   C. A. 8th Cir. Certiorari denied.

No. 73–536.   SANCHEZ v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–539.   AVONSIDE NURSING HOME, INC. v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE. C. A. 6th Cir.   Certiorari denied.

No. 73–543.   FIRESTONE TIRE & RUBBER CO. v. FEDERAL TRADE COMMISSION.   C. A. 6th Cir.   Certiorari denied.

No. 73–614.   CAMERARTS PUBLISHING CO., INC., ET AL. v. PRATHER.   C. A. 7th Cir.   Certiorari denied.

No. 73–620.   GOVERNING BOARD OF TORRANCE UNIFIED SCHOOL DISTRICT v. LINDROS.   Sup. Ct. Cal.   Certiorari denied.

No. 73–632.   JOHNSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–647.   JENSEN v. GANT.   Ct. App. Cal., 4th App. Dist.   Certiorari denied.

No. 73–652.   DARNELL v. WASHINGTON.   Ct. App. Wash.   Certiorari denied.

No. 73–655.   EDWARDS ET AL. v. CITY OF COLUMBUS. Sup. Ct. Ohio.   Certiorari denied.

No. 73–663.   WESSON v. LEVIN ET AL.   C. A. 2d Cir. Certiorari denied.

No. 73–667.   McLENNAN v. TENNESSEE.   Sup. Ct. Tenn.   Certiorari denied.